**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of _____ New York _____
_____ (State)

Case number (*if known*): _____ Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Moustache Brewing Co. LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4  5 _ 4  5  8  1  3  0  6 |

4. **Debtor's address**

**Principal place of business**

400 Hallett Avenue
_____
Number      Street

_____

Riverhead, NY 11901
_____
City                    State    ZIP Code

Suffolk County
_____
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City            State    ZIP Code

5. **Debtor's website** (URL)    www.moustachebrewing.com

| Debtor | Moustache Brewing Co. LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>7   2   2   4</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor        Moustache Brewing Co. LLC                                    Case number (if known)_____
              Name

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

If more than 2 cases, attach a separate list.

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.   Debtor _____   Relationship _____

List all cases. If more than 1, attach a separate list.

         District _____   When _____
                                                      MM / DD / YYYY

         Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____
                          City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| Debtor | Moustache Brewing Co. LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/21/2020
                       MM   / DD / YYYY

✖   /s/ Lauri Spitz _____          Lauri Spitz _____
Signature of authorized representative of debtor          Printed name

Title    Managing Member _____

| Debtor | Moustache Brewing Co. LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**    ✘    /s/ Jonathan A. Grasso

Signature of attorney for debtor

Date    07/21/2020

MM   / DD  / YYYY

Jonathan A. Grasso

Printed name

Pierce McCoy, PLLC

Firm name

85 Broad Street, Suite 17-063

Number        Street

New York                                NY          10004

City                                        State        ZIP Code

(212) 369-8080                            jon@piercemccoy.com

Contact phone                            Email address

5622824                                  New York

Bar number                               State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

In re:                                              | Chapter 11

Moustache Brewing Co. LLC,[1]                       | Case No. _____

                                        Debtor.

## DECLARATION PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, Lauri Spitz, declare under the penalty of perjury, the following:

1.      I am a Managing Member of Moustache Brewing Co. LLC (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor.  I submit this affidavit in accordance with the E.D.N.Y. Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

2.      The Debtor is a small business debtor within the meaning of Bankruptcy Code 101(51B), but is not a single asset real estate debtor within the meaning of Bankruptcy Code 101(51B).

3.      There are no other or prior bankruptcy cases against the Debtor and as such there has been no trustee or creditors' committee appointed in this case.

4.      A copy of the Debtor's resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit A**.

5.      The Debtor is a New York limited liability company and was organized on February 16, 2012.

---

[1] The last four digits of the Debtor's federal tax identification number are 1306.

6.      The Debtor operates a brewery through a leased space located at 400 Hallett Ave, Riverhead, New York.  All of the Debtor's significant assets are located at this location.

7.      The Debtor's books and records are located at its leased space and/or with its bookkeeper, Supporting Strategies, 349 5th Avenue, New York, New York 10016.

8.      The only pending matter against the Debtor is the case of Heather Darst and Blain Horn v. Moustache Brewing Co., Index No. 622818/2019, currently pending in the Supreme Court of the State of New York, County of Suffolk, for the payment of $442,650.81 relating to a loan made in 2018.  Without the automatic stay being imposed by the filing of this bankruptcy case, a response to a Motion for Summary Judgment in the case would have been due by July 30, 2020.

9.      The Debtor both has its beer distributed for resale and  also maintains an on-site tap room for direct sales to consumers.

10.     The Debtor was founded in 2012 by myself and Matthew Spitz.  The Debtor's senior management consists of myself and Matthew Spitz.  My responsibilities are mainly focused on the business activities of the Debtor, including sales and marketing.   Matthew Spitz responsibilities are mainly focused on brewing and production.

11.     The Debtor began as a very small operation from a kick starter campaign, where at first it was located in only a 1,400 square foot space, and was producing 31 gallons (one barrel) at a time.   In 2016, the Debtor, though financing, upgraded its equipment to a seven-barrel brewhouse.  In October 2017, the Debtor expanded its space to 5,600 square feet within the same building in which it was previously operating.  The plan for the Debtor was to completely renovate a significant portion of the space into a new tasting room.

12.     To complete the renovation, the Debtor was pre-approved for a $500,000 loan. However, the loan approval was withdrawn by the lender at the last minute.  While the Debtor was

able to obtain a loan for $415,000 from friends, with the hope that they could make due with less than originally expected, the funding was not enough, and the Debtor was forced to take out extremely high interest loans that put the Debtor in a poor cash flow position.  These issues were compounded by the fact that the renovation ended up taking much longer and being more expensive than was even originally believed to be the case when the Debtor expanded its lease. The expanded taste room was not opened until October 2018 (losing most of the busier summer and falls months to operate).  In early 2019, the Debtor also lost one of its major accounts, as well. The Debtor has been trying to recover from the expansion and loss of business ever since.

13.     In March 2020, the Debtor was prepared to enter into a new distributorship agreement that would have greatly increased its sales.  However, due to being shut down as a result of COVID-19, the distributorship agreement had to be delayed.  The Debtor was completely shut down from early April until Memorial Day weekend, when it opened for to-go sales only.  The Debtor's immediate need for relief in this Court is due to its cash flow issues due most recently to its extended shutdown as a result of COVID-19, and to save resources, time and energy being spent on litigation claims against the Debtor.

14.     Immediately prior to the filing of this bankruptcy case, the Debtor was able to enter into its new distributorship agreement, which the Debtor expects will significantly increase its revenues and allow it to successfully reorganize.

15.     Pursuant to Local Bankruptcy Rule 1007-(a)(4), annexed as **Exhibit B** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, along with the amount of such claim and whether the claim is contingent, unliquidated, disputed, or partially secured.

16.     Pursuant to Local Bankruptcy Rule 1007-2(a)(5), annexed as **Exhibit C** is a list containing the names and addresses of the Debtor's five (5) largest secured claims, along with the amount of such claim, the estimated value of the collateral securing the claim and whether the claim or lien is disputed.

17.     Pursuant to Local Bankruptcy Rule 1007-2(a)(6), annexed as **Exhibit D** is a balance sheet reflecting a summary of the Debtor's assets and liabilities.  This is an internally generated estimate of assets and liabilities and may require certain adjustments.

18.     The Debtor does not have any publicly held stock, shares, debentures, or other securities.

19.     None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

20.     The Debtor's assets consist primarily of cash, accounts receivable, inventory, equipment used in brewing beer, and a 2016 Dodge Ram Pro Master 2500.

21.     The Debtor currently has nine employees.

22.     The Debtor expects revenues from the operations of the business for the thirty (30) day period following the Chapter 11 filing of approximately $48,000.

23.     The estimated amount of weekly payroll to employees (exclusive of officers, directors, stockholders, partners and members) for the thirty (30) day period following the Chapter 11 filing is $4,200.

24.     The amount proposed to be paid for services for the thirty (30) day period following the Chapter 11 filing to the Debtor's Members is $5,000.

25.    The Debtor maintains the following insurance policies:

| Insurer | Policy Period | Policy Type |
| --- | --- | --- |
| Progressive Commercial | February 14, 2020 to February 14, 2021 | Auto |
| Philadelphia Insurance Company | April 1, 2020 to April 1, 2021 | General Liability |
| AmTrust North America | April 6, 2020 to April 6, 2021 | Workers' Compensation |

26.    The Debtor maintains the following bank accounts all in its name:

| Bank Name and Address | Type of Account | Last Four Digits of Acct |
| --- | --- | --- |
| TD Bank<br>115 Montauk Highway<br>West Hampton Beach, NY 11978 | Checking | 4927 |
| TD Bank<br>115 Montauk Highway<br>West Hampton Beach, NY 11978 | Checking | 6936 |
| TD Bank<br>115 Montauk Highway<br>West Hampton Beach, NY 11978 | Savings | 7935 |
| TD Bank<br>115 Montauk Highway<br>West Hampton Beach, NY 11978 | Savings | 9356 |
| Bethpage Federal Credit Union<br>1095 Old Country Road<br>Riverhead, NY 11901 | Checking | 4340 |
| Bethpage Federal Credit Union<br>1095 Old Country Road<br>Riverhead, NY 11901 | Checking | 4365 |

| Bethpage Federal Credit Union 1095 Old Country Road Riverhead, NY 11901 | Savings | 4332 |
|---|---|---|

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2020

/s/ Lauri Spitz
_____
Lauri Spitz, Managing Member of Moustache Brewing Co. LLC

# EXHIBIT A

**ACTION BY WRITTEN CONSENT
OF THE MANAGING MEMBERS
OF
MOUSTACHE BREWING CO. LLC**

**Dated: July 20, 2020**

The Undersigned (the "***Managing Members***"), having full authority of Moustache Brewing Co. LLC (the "***Company***"), hereby consent to the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Managers have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof; and

**WHEREAS**, the Managers received, reviewed, and considered the recommendations of the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

**NOW, THEREFORE, IT IS**:

**RESOLVED** that, in the judgment of the Managers, having reviewed and considered the financial condition of the Company and the Company's business on the date hereof, that it is desirable and in the best interests of the Company, and its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Case***");

**RESOLVED FURTHER** that Lauri Spitz be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that she deems necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, and action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the law firm of Pierce McCoy, PLLC be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Chapter 11 Case, Lauri Spitz is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of Pierce McCoy, PLLC;

**RESOLVED FURTHER**, that Lauri Spitz is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional

agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as Lauri Spitz may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the actions and transactions taken by Lauri Spitz in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER**, that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

**MOUSTACHE BREWING CO. LLC**

By:___/s/ Lauri Spitz_____
    Name: Lauri Spitz, Managing Member

By:___/s/ Matthew Spitz_____
    Name: Matthew Spitz, Managing Member

# EXHIBIT B

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     Moustache Brewing Co. LLC

United States Bankruptcy Court for the:    Eastern     District of    NY
                                                        (State)

Case number (If known):     _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 3D Beverage, Inc. 417 Station Road Belport, NY | | | | | | $11,350.80 |
| 2 | ALS Therapy Development Institute 300 Technology Square, Suite 400 Cambridge, MA 02139 | | | | | | $3,720.00 |
| 3 | Amazon.com Inc. PO Box 035184 Seattle, WA 98124-5184 | | | | | | $1,288.26 |
| 4 | Behalf Inc. 100 Williams Street New York, NY 10038 | | | | | | $7,495.94 |
| 5 | Blue Label Packing Company 3750 Lancaster New Lexington Rd SE Lancaster, OH 43130 | | | | | | $2,447.86 |
| 6 | Heather Darst and Blane Horn 901 Dewing Ave Lafayette, CA 94549 | | | | | | $442,650.81 |
| 7 | Home Depot Credit Services P.O. Box 790345 St. Louis, MO 63179 | | | | | | $776.93 |
| 8 | Keg Fleet LLC 12621 Featherwood Drive, Suite 390 Houston, TX 77034 | | | | | | $9,072.49 |

| Debtor | Moustache Brewing Co. LLC | | | | Case number (if known) | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Long Island Power Authority PO Box 9083 Melville, NY 11747 | | | | | | $5,039.23 |
| 10 | National Grid PLC One MetroTech Center Brooklyn, NY 11201 | | | | | | $1,504.35 |
| 11 | Paypal, Inc. PO Box 960006 Orlando, FL 32896 | | | | | | $3,103.43 |
| 12 | Pollak Hallet LLC PO Box 608 Riverhead, NY 11901 | | | | | | $54,129.90 |
| 13 | Remarkable Liquids LLC 2 Van Buren Blvd Altamont, NY 12009 | | | | | | $1,183.80 |
| 14 | Sporcle Inc. 3610 Albion PL N #102 Seattle, WA 98103 | | | | | | $430.00 |
| 15 | Square Inc. 1455 Market Street, Suite 600 San Francisco, CA 94103 | | | | | | $16,872.09 |
| 16 | The 5th Ingredient, LLC 8004 NW 154 Street, #652 Miami Lakes, FL 33016 | | | | | | $450.00 |
| 17 | Thomas Alexanderson 23 Holyoke Road Rockville Centre, NY 11570 | | | | | | $15,000.00 |
| 18 | TD Bank, N.A. PO Box 23702 Columbus, GA 31902 | | | | | | $2,461.95 |
| 19 | TD Bank, N.A. 1701 Route 70 East Cherry Hill, NJ 08034 | | PPP Loan | Contingent Unliquidated | | | $20,490.00 |
| 20 | Uline Inc. PO Box 88741 Chicago, IL 60680 | | | | | | $75.00 |

# EXHIBIT C

| Name and Address | Amount of Claim | Estimated Value of Collateral | Claim or Lien Disputed? |
|---|---|---|---|
| Ascentium Capital LLC<br>23790 Highway 59 North<br>Kingwood, TX 77339 | $6,242.56 | Approximately $10,000 | No |
| U.S. Small Business Administration<br>403 3rd Street, SW<br>Washington, D.C. 20416 | $157,700 | Approximately $180,000 | No |
| Valley National Bank<br>PO Box 953<br>Wayne, NJ 07470 | $10,627.75 | Approximately $20,000 | No |

# EXHIBIT D

# Moustache Brewing Co.

## BALANCE SHEET

As of June 30, 2020

| | TOTAL |
|---|---|
| ASSETS | |
|  Current Assets | |
|   Bank Accounts | |
|    BFCU Operating 4365 | 12,106.16 |
|    BFCU Overhead 4340 | 9,364.68 |
|    BFCU Savings 4332 | 81.23 |
|    Cash On Hand | 0.00 |
|    TD Bank_4927 | 1,754.66 |
|    TD Bank_6936 | 8,094.06 |
|    TD Bank_7395 | 2,665.00 |
|    TD Bank_9356 | 19,996.36 |
|   **Total Bank Accounts** | **$54,062.15** |
|   Accounts Receivable | |
|    Accounts Receivable (A/R) | 14,850.61 |
|   **Total Accounts Receivable** | **$14,850.61** |
|   Other Current Assets | |
|    Canninging Line Receivable | 33,332.00 |
|    Inventory | 30,000.00 |
|     Ingredients | 0.00 |
|    **Total Inventory** | **30,000.00** |
|    Inventory Asset | 41.16 |
|    Prepaid Expenses | 0.00 |
|    Prepaid Interest | 880.43 |
|    Suspense | 0.00 |
|    Uncategorized Asset | 600.00 |
|    Undeposited Funds | 5,265.95 |
|   **Total Other Current Assets** | **$70,119.54** |
|  **Total Current Assets** | **$139,032.30** |
|  Fixed Assets | |
|   Accumulated Depreciation | -168,075.00 |
|   Building | 21,183.58 |
|   Equipment | 270,703.57 |
|   LHI - Buildout 2017/18 | 120,542.63 |
|   Pro-master | 28,687.41 |
|  **Total Fixed Assets** | **$273,042.19** |
|  Other Assets | |
|   Security Deposit - Rent | 10,245.00 |
|  **Total Other Assets** | **$10,245.00** |
| **TOTAL ASSETS** | **$422,319.49** |

# Moustache Brewing Co.

## BALANCE SHEET
As of June 30, 2020

|  | TOTAL |
|---|---|
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 73,929.26 |
| **Total Accounts Payable** | **$73,929.26** |
| Credit Cards |  |
| Barclays Travel Card - 3588 | 4,506.89 |
| **Total Credit Cards** | **$4,506.89** |
| Other Current Liabilities |  |
| Contra -- A/P | 0.00 |
| Keg Deposits | 5,120.00 |
| Loan Dave Schultzer | 11,035.80 |
| Loan From Lauri & Matthew Spitz | 129,526.11 |
| Loan SBA EIDL | 157,600.00 |
| Loan SBA PPP | 20,490.00 |
| NYS Bottle Deposit Tax Payable | 187.80 |
| NYS Sales Tax Payable | 0.00 |
| Sales Tax Paid | -600.00 |
| Sales Tax Payable | -6,892.60 |
| Square Loan | 27,095.62 |
| Square Sales Tax Payable | 0.00 |
| TA Loan | 15,000.00 |
| **Total Other Current Liabilities** | **$358,562.73** |
| **Total Current Liabilities** | **$436,998.88** |
| Long-Term Liabilities |  |
| Accrued Interest Payable - Expansion Loan | 11,868.68 |
| B&H Loan | 410,757.38 |
| Loan Payable - Promaster | 8,843.03 |
| Pinnacle Capital Partners Loan | 10,924.48 |
| Shareholder Notes Payable | 70,000.00 |
| **Total Long-Term Liabilities** | **$512,393.57** |
| **Total Liabilities** | **$949,392.45** |
| Equity |  |
| Matt/Lauri Contributions to be Split | 38,400.00 |
| Opening Balance Equity | 0.00 |
| Retained Earnings | -409,065.13 |
| Net Income | -156,407.83 |
| **Total Equity** | **$ -527,072.96** |
| **TOTAL LIABILITIES AND EQUITY** | **$422,319.49** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Moustache Brewing Co. LLC,[1] | Case No. _____ |
| Debtor. | |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL BANKRUPTCY RULE 1073-3**

Pursuant to Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned proposed counsel for the debtor and debtor-in-possession in the above captioned case (the "Debtor"), which is a private, non-governmental party, respectfully represents that the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interest:

**NONE.**

Dated:  July 21, 2020                    Respectfully submitted,

                                         By:*/s/ Jonathan A. Grasso*
                                         Jonathan A. Grasso
                                         Pierce McCoy, PLLC
                                         85 Broad Street, Suite 17-063
                                         New York, NY 10004
                                         Tel: (212) 369-8080
                                         Fax: (757) 257-0387
                                         jon@piercemccoy.com

                                         *Proposed Counsel to the Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are 1306.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Moustache Brewing Co. LLC.,[2] | Case No. _____ |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the equity security holders of Moustache Brewing Co. LLC, the debtor and debtor-in-possession in the above captioned chapter 11 case, prepared in accordance with Rule 1007(a)(3):

| Name and Address of Interest Holder(s) | Type of Interest Held | Percentage |
|---|---|---|
| Lauri Spitz<br>1 East Main Street, Suite 7<br>Riverhead, NY 11901 | Membership Interests | 45.5% |
| Matthew Spitz<br>1 East Main Street, Suite 7<br>Riverhead, NY 11901 | Membership Interests | 45.5% |
| Thomas W. Alexanderson<br>23 Holyoke Road<br>Rockville Centre, NY 11570 | Membership Interests | 1% |
| Daniel Komis<br>154 Tremont Street<br>Westbury, NY 11590 | Membership Interests | 1% |
| James & Kathleen Corbett<br>103 Hobart Street<br>East Islip, NY 11730 | Membership Interests | 5% |

---

[2] The last four digits of the Debtor's federal tax identification number are 1306.

| Sharon M. Wirth<br>241 Troutbrook Lane<br>Riverhead, NY 11901 | Membership Interests | 1% |
|---|---|---|
| Joseph & Sonja Spitz<br>365 Manhattan Blvd<br>Islip Terrace, NY 11752 | Membership Interests | 1% |

Dated:  July 21, 2020

Respectfully submitted,

By:*/s/ Jonathan A. Grasso*
Jonathan A. Grasso
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, NY 10004
Tel: (212) 369-8080
Fax: (757) 257-0387
jon@piercemccoy.com

*Proposed Counsel to the Debtor*

| Fill in this information to identify the case and this filing: |
| --- |

| Debtor Name | Moustache Brewing Co. LLC |
| United States Bankruptcy Court for the: | Eastern | District of NY |
| | | (State) |
| Case number (*If known*): | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Corporate Disclosure Statement Pursuant to Local Bankruptcy Rule 1073-3
   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/21/2020          ✗   /s/ Lauri Spitz
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                              Lauri Spitz
                              Printed name

                              Managing Member
                              Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Moustache Brewing Co. LLC _____   **CASE NO.:**_____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

  X  **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

  ☐  **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1.  **CASE NO.:** _____   **JUDGE:** _____   **DISTRICT/DIVISION:** _____

    **CASE PENDING: (YES/NO):** _____   **[***If closed***] Date of Closing:** _____

    **CURRENT STATUS OF RELATED CASE:** _____
                               **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

      **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

    _____

2.  **CASE NO.:** _____   **JUDGE:** _____   **DISTRICT/DIVISION:** _____

    **CASE PENDING: (YES/NO):** _____   **[***If closed***] Date of Closing:** _____

    **CURRENT STATUS OF RELATED CASE:** _____
                               **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

      **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL**
  **PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN
  SCHEDULE "A/B" OF RELATED CASES:

  _____

  **NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

  **TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

  **I am admitted to practice in the Eastern District of New York (Y/N):** ___Yes___

  **CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

  **I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.**

  /s/ Jonathan A. Grasso

  _____                    _____
  **Signature of Debtor's Attorney**                          **Signature of Pro-se Debtor/Petitioner**

                                                              85 Broad Street, Suite 17-063
                                                              _____
                                                              **Mailing Address of Debtor/Petitioner**

                                                              New York, New York 10004
                                                              _____
                                                              **City, State, Zip Code**

                                                              jon@piercemccoy.com
                                                              _____
                                                              **Email Address**

                                                              (212) 369-8080
                                                              _____
                                                              **Area Code and Telephone Number**

  **Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

  **NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>Eastern</u> District Of <u>New York</u>

**In re** Moustache Brewing Co. LLC

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>Hourly</u>

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ <u>13,000 inclusive of $1,717 filing fee</u>

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor          [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

As proposed counsel to the Debtor we are committed to providing the above services.  By agreement with the Debtor, we will bill our standard hourly rates (except where expressly discounted in our engagement letter and application to employ) and seek compensation pursuant to the Bankruptcy Code for all future services performed.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

By agreement with the Debtor, we will bill our standard hourly rates (except where expressly discounted in our engagement letter and application to employ) and seek compensation pursuant to the Bankruptcy Code for all future services performed.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| July 21, 2020 | /s/ Jonathan Adam Grasso |
|---|---|
| *Date* | *Signature of Attorney* |
| | Pierce McCoy, PLLC |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Moustache Brewing Co. LLC.,[1] | Case No. _____ |
| Debtor. | |

## DECLARATION PURSUANT TO 11 U.S.C. § 1116

I, Lauri Spitz, declare under the penalty of perjury, the following:

1. I am a Managing Member of Moustache Brewing Co. LLC (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor.  I submit this affidavit in accordance 11 U.S.C. § 1116.

2. The Debtor does not maintain a cash flow statement.

Dated:  July 21, 2020

       /s/ Lauri Spitz
       _____
       Lauri Spitz, Managing Member
       Moustache Brewing Co. LLC

---

[1] The last four digits of the Debtor's federal tax identification number are 1306.

# Moustache Brewing Co.

### PROFIT AND LOSS
January - June, 2020

|  | TOTAL |
|---|---:|
| Income | |
|   Damaged Products | 0.00 |
|   Sales | 19,126.16 |
|   Sales Tasting Room | 55,199.34 |
|   Wholesale | 1,833.62 |
|     Beer - Kegged | 6,251.76 |
|     Beer - Packaged | 14,295.74 |
|     Free Time Hard Seltzer | 3,035.78 |
|     POS | 0.00 |
|   **Total Wholesale** | **25,416.90** |
|   **Total Sales** | **99,742.40** |
|   Services | 900.00 |
|   Uncategorized Income | 9,122.55 |
| **Total Income** | **$109,764.95** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | 9,038.84 |
|     Beer Gas | 1,351.18 |
|     Cans | -1,276.24 |
|     Cost of Goods Sold Grain | 6,471.40 |
|     Cost of Goods Sold Misc | 58.13 |
|     Guest Taps | -150.00 |
|     Hops | 3,741.21 |
|     Labels | 7,044.13 |
|     Merchandise | 2,684.53 |
|     Packaging Materials | 9,392.28 |
|     Wine | 1,082.00 |
|     Yeast | 4,923.20 |
|   **Total Cost of Goods Sold** | **44,360.66** |
| **Total Cost of Goods Sold** | **$44,360.66** |
| GROSS PROFIT | **$65,404.29** |
| Expenses | |
|   /Marketing | 4,855.03 |
|     Advertising Materials | 18.17 |
|   **Total /Marketing** | **4,873.20** |
|   Auto Expense | 4,103.49 |
|   Bank and Credit Card Charges | 6,007.48 |
|   Charitable Contributions | 2,100.00 |
|   Disposal Fees | 1,196.77 |
|   Dues & Subscriptions | 1,507.07 |
|   Equipment Lease | 3,790.46 |

# Moustache Brewing Co.

## PROFIT AND LOSS

### January - June, 2020

|  | TOTAL |
|---|---:|
| Events | 150.00 |
| Insurance | |
|   Auto | 1,340.99 |
|   Liability | 4,542.36 |
|   Worker's Comp | 643.20 |
|   **Total Insurance** | **6,526.55** |
| Interest Expense | 322.96 |
| Job Materials | 7,521.27 |
| Meals and Entertainment | 4,400.61 |
| NYS Bottle Deposit Tax | -420.00 |
| Office Expense | 59.82 |
| Payroll | 35,467.58 |
| Payroll Fees | 439.94 |
| Payroll Taxes | 8,501.38 |
| Professional Fees | 1,675.00 |
|   Accounting Fees | 2,000.00 |
|   Legal Fees | 1,941.50 |
|   **Total Professional Fees** | **5,616.50** |
| Property Maintenance | 1,765.17 |
| Rent | 76,975.21 |
| Repairs and Maintenance | 2,825.10 |
| Shipping and Delivery | 25.20 |
| Tasting Room | -5,398.41 |
|   Tasting Room Events | 600.00 |
|   **Total Tasting Room** | **-4,798.41** |
| Technology Lease | 902.85 |
| Travel | 349.78 |
| Uncategorized Expense | 22,942.15 |
| Utilities | 11,590.42 |
| **Total Expenses** | **$204,742.55** |
| **NET OPERATING INCOME** | **$ -139,338.26** |
| Other Income | |
|   Interest Earned | 9.15 |
| **Total Other Income** | **$9.15** |
| Other Expenses | |
|   Guaranteed Payments - Matt/Lauri | 5,144.72 |
|   Loss on Sale F/A | 11,934.00 |
| **Total Other Expenses** | **$17,078.72** |
| **NET OTHER INCOME** | **$ -17,069.57** |
| **NET INCOME** | **$ -156,407.83** |

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

CLIENT'S COPY

PASCALE, RAZZINO, ALEXANDERSON & CO., PLLC
2415 JERUSALEM AVENUE, SUITE 101
NORTH BELLMORE, NEW YORK  11710-1855
TEL 516-785-8501 FAX 516-785-9501

CLIENT: 454581306
MAY 13, 2020

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE  SUITE A
RIVERHEAD, NY  11901-3076

PROFESSIONAL SERVICES RENDERED IN THE PREPARATION OF YOUR 2019
PARTNERSHIP RETURNS, INCLUDING:

FORM 1065, U.S. PARTNERSHIP RETURN OF INCOME
SCHEDULE K-1, PARTNER'S SHARE OF INC, DED, CREDITS, ETC
FORM 1125-A, COST OF GOODS SOLD
FORM 4562, DEPRECIATION AND AMORTIZATION
FORM 7004, APPLICATION FOR EXTENSION OF TIME TO FILE
FORM 8846, CREDIT FOR EMPLOYER SS AND MEDICARE TAXES
FORM 8879-PE, IRS E-FILE SIGNATURE AUTH FOR FORM 1065
ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT
QBID (199A), QUALIFIED BUSINESS INCOME DEDUCTION
NY IT-204, PARTNERSHIP RETURN
NY IT-204-IP, NEW YORK PARTNER'S SCHEDULE K-1
NY IT-225, NEW YORK STATE MODIFICATIONS
NY IT-370, NEW YORK EXTENSION FOR PARTNERSHIPS
NY IT-398,DEPRECIATION SCH IRC SECT 168(K) PROPERTY
NY IT-636, ALCOHOLIC BEVERAGE PRODUCTION CREDIT


    TAX PREPARATION FEE                    $ 1000.00

PASCALE, RAZZINO, ALEXANDERSON & CO., PLLC
2415 JERUSALEM AVENUE, SUITE 101
NORTH BELLMORE, NEW YORK  11710-1855
TEL 516-785-8501 FAX 516-785-9501

MAY 13, 2020


MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE  SUITE A
RIVERHEAD, NY  11901-3076


MOUSTACHE BREWING CO., LLC:

I HAVE PREPARED AND ENCLOSED YOUR 2019 PARTNERSHIP RETURNS
FOR THE YEAR ENDED DECEMBER 31, 2019.

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU
WISH TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE
SIGN, DATE, AND RETURN FORM 8879-PE TO MY OFFICE.  I WILL
THEN SUBMIT YOUR ELECTRONIC RETURN TO THE IRS.  DO NOT MAIL
THE PAPER COPY OF THE RETURN TO THE IRS.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

THE NEW YORK FORM IT-204 RETURN HAS BEEN PREPARED FOR
ELECTRONIC FILING.  IF YOU WISH TO HAVE IT TRANSMITTED
ELECTRONICALLY TO THE NYSDTF, PLEASE SIGN, DATE AND RETURN
FORM TR-579-PT TO MY OFFICE.  I WILL THEN SUBMIT THE
ELECTRONIC RETURN TO THE NYSDTF.  DO NOT MAIL A PAPER COPY OF
THE RETURN TO THE NYSDTF.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

ATTACHED ARE SCHEDULES K-1 FOR ALL PARTNERS INDICATING THEIR
SHARE OF INCOME, DEDUCTIONS AND CREDITS TO BE REPORTED ON
THEIR RESPECTIVE TAX RETURNS.  THESE SCHEDULES SHOULD BE
IMMEDIATELY FORWARDED TO EACH OF THE PARTNERS.

COPIES OF THE RETURNS ARE ENCLOSED FOR YOUR FILES.  I SUGGEST
THAT YOU RETAIN THESE COPIES INDEFINITELY.

THANK YOU FOR YOUR BUSINESS,



PASCALE, RAZZINO, ALEXANDERSON & CO., PLLC

# 2019 DEPRECIATION AND AMORTIZATION REPORT

OTHER     1

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 06/30/12 | 200DB | 5.00 | HY | 17 | 6,977. | | | 3,489. | 3,488. | 3,488. | | 0. | 3,488. |
| 2 | BUILDING IMPROVEMENTS | 11/01/13 | 200DB | 10.00 | HY | 17 | 9,681. | | 9,681. | | | | | 0. | |
| 3 | EQUIPMENT | 11/12/13 | 200DB | 5.00 | HY | 17 | 24,932. | | 24,932. | | | | | 0. | |
| 6 | BUILDING IMPROVEMENTS | 08/13/14 | 200DB | 10.00 | HY | 17 | 4,701. | | 4,701. | | | | | 0. | |
| 7 | EQUIPMENT | 03/14/14 | 200DB | 5.00 | HY | 17 | 10,414. | | 10,414. | | | | | 0. | |
| 8 | EQUIPMENT | 09/22/14 | 200DB | 5.00 | HY | 17 | 29,174. | | 29,174. | | | | | 0. | |
| 14 | BUILDING IMPROVEMENTS | 05/20/15 | 200DB | 10.00 | HY | 17 | 4,521. | | | 2,261. | 2,260. | 1,218. | | 208. | 1,426. |
| 15 | EQUIPMENT | 02/13/15 | 200DB | 5.00 | HY | 17 | 27,408. | | | 13,704. | 13,704. | 11,336. | | 1,579. | 12,915. |
| 16 | EQUIPMENT | 04/21/15 | 200DB | 5.00 | HY | 17 | 6,209. | | | 3,105. | 3,104. | 2,568. | | 357. | 2,925. |
| 17 | EQUIPMENT | 06/02/15 | 200DB | 5.00 | HY | 17 | 1,250. | | | 625. | 625. | 517. | | 72. | 589. |
| 18 | EQUIPMENT | 12/01/15 | 200DB | 5.00 | HY | 17 | 8,516. | | | 4,258. | 4,258. | 3,522. | | 491. | 4,013. |
| 24 | BUILDING IMPROVEMENTS | 06/21/16 | 200DB | 10.00 | HY | 17 | 2,281. | | 2,281. | | | | | 0. | |
| 25 | PRO-MASTER | 12/29/16 | 200DB | 5.00 | HY | 21 | 28,687. | | 11,160. | | 17,527. | 8,150. | | 1,875. | 10,025. |
| 26 | EQUIPMENT | 06/30/16 | 200DB | 5.00 | HY | 21 | 61,957. | | 11,160. | | 50,797. | 8,150. | | 1,875. | 10,025. |
| 27 | BREWING EQUIPMENT | 10/20/17 | 200DB | 5.00 | MQ | 17 | 25,816. | | 25,815. | 1. | | | | 0. | |
| 33 | LHI - BUILDOUT 2017/18 | 07/01/17 | 200DB | 5.00 | MQ | 17 | 4,050. | | 4,050. | | | | | 0. | |
| 35 | LHI - BUILDOUT 2017/18 | 07/01/18 | SL | 10.00 | | 16 | 177,942. | | | | 177,942. | 8,897. | | 17,794. | 26,691. |
| 36 | BREWING EQUIPMENT | 07/01/18 | 200DB | 5.00 | HY | 17 | 111,934. | | 111,934. | | | | | 0. | |

928111  04-01-19                                    (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2019 DEPRECIATION AND AMORTIZATION REPORT**

OTHER     1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | CARRYOVER FROM 2018 ASSET # 34 | | | | | 10 | | | | | | | 26,880. | 26,880. | |
| | LESS 179 C/O | | | | | | | | | | | | -26,880. | -26,880. | |
| 38 | CARRYOVER FROM 2018 ASSET # 36 | | | | | 10 | | | | | | | 111,934. | 111,934. | |
| | LESS 179 C/O | | | | | | | | | | | | -111,934. | -111,934. | |
| 39 | EQUIPMENT | 02/28/19 | 200DB | 5.00 | HY | 19B | 1,335. | | | 1,335. | | | | 1,335. | |
| 40 | LHI - BUILDOUT 2019 | 04/30/19 | 200DB | 10.00 | HY | 19D | 3,732. | | | 3,732. | | | | 3,732. | |
| | * TOTAL OTHER DEPRECIATION | | | | | | 551,517. | | 245,302. | 32,510. | 273,705. | 47,846. | | 29,318. | 72,097. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 546,450. | | 245,302. | 27,443. | 273,705. | 47,846. | | | 72,097. |
| | ACQUISITIONS | | | | | | 5,067. | | 0. | 5,067. | 0. | 0. | | | 0. |
| | DISPOSITIONS | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 551,517. | | 245,302. | 32,510. | 273,705. | 47,846. | | | 72,097. |

928111 04-01-19                                    (D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| MOUSTACHE BREWING CO., LLC | | | 45-4581306 |

| | | | | |
|---|---|---|---|---|
| **1 a** Ordinary income (loss) (Schedule K, line 1) | **1a** | -177,155. | | |
| **b** Net income (loss) from **CERTAIN** rental real estate activities | **1b** | | | |
| **c** Net income (loss) from other rental activities (Schedule K, line 3c) | **1c** | | | |
| **d** Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | **1d** | | | |
| **e** Other additions | **1e** | | | |
| **f** Combine lines 1a through 1e | **1f** | -177,155. | | |
| **2 a** Net gain from Form 4797, Part II, line 17, included on line 1a above | **2a** | | | |
| **b** Other subtractions | **2b** | | | |
| **c** Add lines 2a and 2b | **2c** | | | |
| **3 a** Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | **3a** | -177,155. | | |
| **b** Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | **3b** | -15,944. | | |
| **c** Subtract line 3b from line 3a | | | **3c** | -161,211. |
| **4 a** Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | **4a** | | | |
| **b** Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | **4b** | | | |
| **c** Subtract line 4b from line 4a | | | **4c** | |
| **5** Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | **5** | -161,211. |

15480513 145759 454581306        2019.03042 MOUSTACHE BREWING CO., LLC   45458131

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 14 | BUILDING IMPROVEMENTS | 05 20 15 | 200DB | 10.00 | 4,521. | 1,218. | 208. | 208. | 0. |
| 15 | EQUIPMENT | 02 13 15 | 200DB | 5.00 | 27,408. | 11,336. | 1,579. | 1,579. | 0. |
| 16 | EQUIPMENT | 04 21 15 | 200DB | 5.00 | 6,209. | 2,568. | 357. | 357. | 0. |
| 17 | EQUIPMENT | 06 02 15 | 200DB | 5.00 | 1,250. | 517. | 72. | 72. | 0. |
| 18 | EQUIPMENT | 12 01 15 | 200DB | 5.00 | 8,516. | 3,522. | 491. | 491. | 0. |
| 25 | PRO-MASTER | 12 29 16 | 150DB | 5.00 | 28,687. | 8,150. | 1,875. | 1,875. | 0. |
| 26 | EQUIPMENT | 06 30 16 | 150DB | 5.00 | 61,957. | 8,150. | 1,875. | 1,875. | 0. |
| 35 | LHI - BUILDOUT 2017/18 | 07 01 18 | | 10.00 | 177,942. | 8,897. | 17,794. | 17,794. | 0. |
| 39 | EQUIPMENT | 02 28 19 | 200DB | 5.00 | 1,335. | 0. | 1,335. | 1,335. | 0. |
| 40 | LHI - BUILDOUT 2019 | 04 30 19 | 200DB | 10.00 | 3,732. | 0. | 3,732. | 3,732. | 0. |
| | TOTALS | | | | 321,557. | 44,358. | 29,318. | 29,318. | 0. |

928104
04-01-19

## Qualified Business Income (Section 199A)

**MOUSTACHE BREWING CO., LLC**   EIN 45-4581306

| SSTB PTP | Description | EIN | Charitable Contributions | Other Deductions | Ordinary Business Income (Loss) | Rental Income (Loss) | Royalty Income (Loss) | Unadjusted Basis of Assets | Section 1231 Gain (Loss) | Qualified Business Income | Cooperative W-2 Wages | Other Income (Loss) | Reserved | Section 179 Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W-2 Wages | | | | | | | | | |
| | TOTAL | | | | -177,155. | 132,409. | | 551,517. | | | | | | |
| | TOTAL | | | | -177,155. | 132,409. | | 551,517. | | | | | | |

Qualified REIT dividends ............ _____

914821 12-19-19

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

FILEABLE FORMS

| Form **8879-PE** | **IRS e-file Signature Authorization**<br>**for Form 1065** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ **ERO must obtain and retain completed Form 8879-PE.**<br>▶ **Go to www.irs.gov/Form8879PE for the latest information.** | **2019** |

For calendar year 2019, or tax year beginning _____, 2019, ending _____,20_____.

| Name of partnership | Employer identification number |
|---|---|
| MOUSTACHE BREWING CO., LLC | 45-4581306 |

## Part I — Tax Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1 Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 407,550. |
| 2 Gross profit (Form 1065, line 3) | 2 | 260,314. |
| 3 Ordinary business income (loss) (Form 1065, line 22) | 3 | -177,155. |
| 4 Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | |
| 5 Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

## Part II — Declaration and Signature Authorization of Partner or Member (Be sure to get a copy of the partnership's return)

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2019 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[X] I authorize PASCALE, RAZZINO, ALEXANDERSON & CO PL to enter my PIN ▮▮▮▮▮
        ERO firm name                                    **Don't enter all zeros**
as my signature on the partnership's 2019 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2019 electronically filed return of partnership income.

Partner or member's signature ▶ _____

Title ▶ MEMBER _____  Date ▶ _____

## Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ▮▮▮▮▮▮▮▮▮▮▮
                                                                **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____  Date ▶ 05/13/20

### ERO Must Retain This Form - See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**                    Form **8879-PE** (2019)
LHA

921031 01-13-20

15480513 145759 454581306          2019.03042 MOUSTACHE BREWING CO., LLC   45458131

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns
▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | MOUSTACHE BREWING CO., LLC | 45-4581306 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 400 HALLETT AVENUE  SUITE A | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | RIVERHEAD, NY  11901-3076 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1    Enter the form code for the return listed below that this application is for               **09**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

2    If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here ............................................................................................................................................ ▶ ☐

3    If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here ............................................................................................................................................ ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
covered by this application.

4    If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ...... ▶ ☐

5a   The application is for calendar year **2019**, or tax year beginning _____, and ending _____

   b   **Short tax year.** If this tax year is less than 12 months, check the reason:    ☐ Initial return    ☐ Final return
☐ Change in accounting period    ☐ Consolidated return to be filed    ☐ Other (See instructions - attach explanation.)

| 6 | Tentative total tax | 6 | 0. |
|---|---|---|---|
| 7 | **Total** payments and credits. See instructions | 7 | |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions | 8 | |

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**                    Form **7004** (Rev. 12-2018)

919741  04-01-19

15480513 145759 454581306          2019.03042 MOUSTACHE BREWING CO., LLC  45458131

EXTENSION GRANTED TO 09/15/20

Form **1065**

**U.S. Return of Partnership Income**

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning _____ , ending _____
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2019**

**A** Principal business activity

BREWERY

**B** Principal product or service

BREWERY

**C** Business code number

312120

Type or Print

Name of partnership

MOUSTACHE BREWING CO., LLC

Number, street, and room or suite no. If a P.O. box, see instructions.

400 HALLETT AVENUE   SUITE A

City or town, state or province, country, and ZIP or foreign postal code

RIVERHEAD                    NY 11901-3076

**D** Employer identification number

45-4581306

**E** Date business started

**F** Total assets

$ 430,538.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 7

**J** Check if Schedules C and M-3 are attached ........................................................................................ ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | 1a 407,550. | |
| | **b** Returns and allowances | 1b | |
| | **c** Balance. Subtract line 1b from line 1a | 1c | 407,550. |
| | **2** Cost of goods sold (attach Form 1125-A) | 2 | 147,236. |
| | **3** Gross profit. Subtract line 2 from line 1c | 3 | 260,314. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | **7** Other income (loss) (attach statement) | 7 | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | 8 | 260,314. |
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) | 9 | 132,409. |
| | **10** Guaranteed payments to partners | 10 | |
| | **11** Repairs and maintenance | 11 | 10,620. |
| | **12** Bad debts | 12 | 565. |
| | **13** Rent | 13 | 114,616. |
| | **14** Taxes and licenses                SEE STATEMENT 1 | 14 | 27,176. |
| | **15** Interest (see instructions) | 15 | 8,785. |
| | **16a** Depreciation (if required, attach Form 4562) | 16a 29,318. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | 29,318. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| | **18** Retirement plans, etc. | 18 | |
| | **19** Employee benefit programs | 19 | |
| | **20** Other deductions (attach statement)       SEE STATEMENT 2 | 20 | 113,980. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | 437,469. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -177,155. |
| **Tax and Payments** | **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 23 | |
| | **24** Interest due under the look-back method-income forecast method (attach Form 8866) | 24 | |
| | **25** BBA AAR imputed underpayment (see instructions) | 25 | |
| | **26** Other taxes (see instructions) | 26 | |
| | **27** **Total balance due.** Add lines 23 through 26 | 27 | |
| | **28** Payment (see instructions) | 28 | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of partner or limited liability company member

▶ _____
Date

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| THOMAS W. ALEXANDERS | | 05/13/20 | | P01237015 |

Firm's name ▶ PASCALE, RAZZINO, ALEXANDERSON & CO PLLC        Firm's EIN ▶ 11-3516387

Firm's address ▶ 2415 JERUSALEM AVE., STE. 101
NORTH BELLMORE, NY 11710-1855        Phone no. 516-785-8501

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**     911001 12-30-19     Form **1065** (2019)

Form 1065 (2019)   MOUSTACHE BREWING CO., LLC                          45-4581306   Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |
| **a** | ☐ Domestic general partnership   **b** ☒ Domestic limited partnership | | |
| **c** | ☐ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership   **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership .................................................................. | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ........................................................ | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below .............. | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 ................................................................ | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? ............................................... | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ................................................................................... | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ......................................................................................... | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ................................. | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ..................... | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions .................. | | X |

911011 12-30-19                                                               Form **1065** (2019)

Form 1065 (2019)   MOUSTACHE BREWING CO., LLC                          45-4581306   Page **3**

## Schedule B   Other Information *(continued)*

| | | Yes | No |
|---|---|:---:|:---:|
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ........... | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ................................................................................ ▶ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ................................................................................................................ ▶ | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ........................ ▶ | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ............................................................................................. ▶ | | |
| **16 a** | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions ............. | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? ...................................................... | X | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ............................................................................... ▶ | | |
| **18** | Enter the number of partners that are foreign governments under section 892 ......................... ▶ | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ............. | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 .................................................................................................... | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? ............... | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions .................................................................................... | | X |
| | If "Yes," enter the total amount of the disallowed deductions ................ ▶ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ................................................................. | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions ...................................... | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions ...... | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ....................................................................................................... ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ LAURI SPITZ

| U.S. address of PR | 400 HALLETT AVENUE   SUITE A<br>RIVERHEAD, NY   11901 | U.S. phone number of PR ▶ | ████████ |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |
|---|---|---|---|

| | | | |
|---|---|---|:---:|
| **26** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ................................ | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ........................ ▶ $ | | |
| **27** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ............................. ▶ | | |
| **28** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? .................................................... | | X |

Form **1065** (2019)

911021  12-30-19

15480513 145759 454581306        2019.03042 MOUSTACHE BREWING CO., LLC   45458131

Form 1065 (2019)    MOUSTACHE BREWING CO., LLC                    45-4581306    Page **4**

| **Schedule K** | **Partners' Distributive Share Items** | | **Total amount** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | −177,155. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ............ **3a** | | |
| | **b** Expenses from other rental activities (attach statement) ...... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** Interest income | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **13d** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | **14a** | −161,211. |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | 236,886. |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions) Type ▶ | **15e** | |
| | **f** Other credits (see instructions) Type ▶ SEE STATEMENT 3 | **15f** | 1,967. |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **16b** | |
| | **c** Gross income sourced at partner level | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Reserved for future use ▶ **e** Foreign branch category ▶ | **16e** | |
| | **f** Passive category ▶ **g** General category ▶ **h** Other ▶ | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| | **i** Interest expense ▶ **j** Other ▶ | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** Reserved for future use ▶ **l** Foreign branch category ▶ | **16l** | |
| | **m** Passive category ▶ **n** General category ▶ **o** Other ▶ | **16o** | |
| | **p** Total foreign taxes (check one): Paid ☐ Accrued ☐ | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement) | **16q** | |
| | **r** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses SEE STATEMENT 4 | **18c** | 389. |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement) STMT 5 | | |

911041 12-30-19                                                        4                                        Form **1065** (2019)

Form 1065 (2019)   MOUSTACHE BREWING CO., LLC                    45-4581306   Page **5**

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p ............... | **1** | −177,155.

| **2** Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | −161,211. | | | | |
| **b** Limited partners | | | −15,944. | | | |

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | 9,688. | | 6,601. |
| **2a** Trade notes and accounts receivable | 9,468. | | | |
| **b** Less allowance for bad debts | | 9,468. | | |
| **3** Inventories | | 66,470. | | 30,000. |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | | | | |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | STATEMENT 6 | 880. | | 250. |
| **9a** Buildings and other depreciable assets | 546,450. | | 551,517. | |
| **b** Less accumulated depreciation | 138,757. | 407,693. | 168,075. | 383,442. |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets (attach statement) | STATEMENT 7 | 10,245. | | 10,245. |
| **14** Total assets | | 504,444. | | 430,538. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | 72,996. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | 83,092. | | 494,922. |
| **17** Other current liabilities (attach statement) | STATEMENT 8 | 33,393. | | 37,005. |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | 161,810. | | 156,626. |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 387,670. | | 8,054. |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | −161,521. | | −339,065. |
| **22** Total liabilities and capital | | 504,444. | | 430,538. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | |
|---|---|---|
| **1** Net income (loss) per books | −177,544. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | **a** Depreciation $ |
| **a** Depreciation $ | | **8** Add lines 6 and 7 |
| **b** Travel and entertainment $ 389. | 389. | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 ........ −177,155. |
| **5** Add lines 1 through 4 | −177,155. | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | |
|---|---|---|
| **1** Balance at beginning of year | −161,521. | **6** Distributions: **a** Cash |
| **2** Capital contributed: **a** Cash | | **b** Property |
| **b** Property | | **7** Other decreases (itemize): |
| **3** Net income (loss) per books | −177,544. | |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 |
| **5** Add lines 1 through 4 | −339,065. | **9** Balance at end of year. Subtract line 8 from line 5 | −339,065. |

15480513 145759 454581306        2019.03042 MOUSTACHE BREWING CO., LLC     45458131

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

MOUSTACHE BREWING CO., LLC

Employer identification number

45-4581306

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 66,470. |
| 2 | Purchases | 2 | 110,766. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 177,236. |
| 7 | Inventory at end of year | 7 | 30,000. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 147,236. |

**9a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO **9d**

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

924441
04-01-19    LHA

6

15480513 145759 454581306              2019.03042 MOUSTACHE BREWING CO., LLC   45458131

| Form **4562** | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|
| | **(Including Information on Listed Property)** OTHER 1 | | **2019** |
| Department of the Treasury Internal Revenue Service (99) | ▶ **Attach to your tax return.** ▶ **Go to www.irs.gov/Form4562 for instructions and the latest information.** | | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| MOUSTACHE BREWING CO., LLC | | 45-4581306 |

**Part I**  Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 5,067. |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,020,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | 138,814. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 0. |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ **13** | 138,814. | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 5,067. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 17,794. |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 2,707. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ... ▶ ☐ | | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 3,750. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 29,318. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251  12-12-19  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**                Form **4562** (2019)

Form 4562 (2019)　　MOUSTACHE BREWING CO., LLC　　　　45-4581306　Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No　24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| PRO-MASTER | 122916 | 100.00 % | 28,687. | 17,527. | 5.00 | 200DB-HY | 1,875. | |
| EQUIPMENT | 063016 | 100.00 % | 61,957. | 50,797. | 5.00 | 200DB-HY | 1,875. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | 3,750. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year ( **don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

916252 12-12-19　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **4562** (2019)

15480513 145759 454581306　　　　2019.03042 MOUSTACHE BREWING CO., LLC　45458131

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips**

▶ **Attach to your tax return.**

▶ **Go to www.irs.gov/Form8846 for the latest information.**

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **98**

| Name(s) shown on return | Identifying number |
|---|---|
| MOUSTACHE BREWING CO., LLC | 45-4581306 |

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** | 25,714. |
| 2 | Tips not subject to the credit provisions (see instructions) | **2** | |
| 3 | Creditable tips. Subtract line 2 from line 1 | **3** | 25,714. |
| 4 | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $132,900, see instructions and check here ▶ ☐ | **4** | 1,967. |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | **6** | 1,967. |

LHA   **For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2019)

920421  12-06-19

15480513 145759 454581306         2019.03042 MOUSTACHE BREWING CO., LLC   45458131

MOUSTACHE BREWING CO., LLC                                    45-4581306

---

| FORM 1065 | TAX EXPENSE | STATEMENT    1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NEW YORK TAXES - BASED ON INCOME | 175. |
| PAYROLL TAXES | 27,001. |
| TOTAL TO FORM 1065, LINE 14 | 27,176. |

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT    2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 18,268. |
| AUTO AND BUSINESS TRAVEL | 3,475. |
| BANK AND CREDIT CARD SERVICE CHARGES | 23,307. |
| DUES AND SUBSCRIPTIONS | 2,538. |
| EQUIPMENT LEASE | 16,016. |
| INSURANCE EXPENSE | 13,141. |
| LEGAL AND PROFESSIONAL FEES | 4,122. |
| LICENSES & PERMITS | 3,040. |
| MEALS | 389. |
| OFFICE & ADMINISTRATIVE EXPENSES | 1,502. |
| PAYROLL PROCESSING FEES | 841. |
| POSTAGE AND FREIGHT CHARGES | 835. |
| UTILITIES | 26,506. |
| TOTAL TO FORM 1065, LINE 20 | 113,980. |

---

| SCHEDULE K | OTHER CREDITS | STATEMENT    3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CREDIT FOR SOC. SEC. AND MEDICARE TAXES PAID | 1,967. |
| TOTAL TO SCHEDULE K, LINE 15F | 1,967. |

MOUSTACHE BREWING CO., LLC                                      45-4581306

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT | 4 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 389. |
| TOTAL TO SCHEDULE K, LINE 18C | 389. |

---

| SCHEDULE K | OTHER ITEMS | STATEMENT | 5 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| SECTION 199A - ORDINARY INCOME (LOSS) | -177,155. |
| SECTION 199A W-2 WAGES | 132,409. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 551,517. |
| SEC 179 EXPENSE DISALLOWED DUE TO TRADE OR BUSINESS INCOME LIMIT | 138,814. |

---

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT | 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| PREPAID INTEREST & OTHER | 880. | 250. |
| TOTAL TO SCHEDULE L, LINE 8 | 880. | 250. |

---

| SCHEDULE L | OTHER ASSETS | STATEMENT | 7 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| SECURITY DEPOSIT | 10,245. | 10,245. |
| TOTAL TO SCHEDULE L, LINE 13 | 10,245. | 10,245. |

MOUSTACHE BREWING CO., LLC                                      45-4581306

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT  8 |

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED INTEREST PAYABLE | 7,626. | 11,869. |
| CREDIT CARD LIABILITY | | 8,034. |
| DEPOSITS PAYABLE | 7,770. | 5,240. |
| NYS BOTTLE DEPOSIT TAX | 188. | 188. |
| SALES TAX PAYABLE | 17,809. | 11,674. |
| TOTAL TO SCHEDULE L, LINE 17 | 33,393. | 37,005. |

---

| FORM 1065 | PARTNERS' CAPITAL ACCOUNT SUMMARY | STATEMENT  9 |

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -109,293. | | -80,783. | | -190,076. |
| 2 | -109,289. | | -80,782. | | -190,071. |
| 3 | 8,513. | | -1,776. | | 6,737. |
| 4 | 8,515. | | -1,775. | | 6,740. |
| 5 | 33,003. | | -8,877. | | 24,126. |
| 6 | 8,515. | | -1,775. | | 6,740. |
| 7 | -1,485. | | -1,776. | | -3,261. |
| TOTAL | -161,521. | | -177,544. | | -339,065. |

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**  ▶ **See separate instructions.**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | −80,606. | **15** Credits | |
| **2** Net rental real estate income (loss) | | **N** | 895. |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative min tax (AMT) items | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | **C*** | 177. |
| **6c** Dividend equivalents | | **19** Distributions | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **20** Other information | |
| **9a** Net long-term capital gain (loss) | | **Z** * | STMT |
| | | **AH** * | STMT |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | | |

## Part I    Information About the Partnership

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE   SUITE A
RIVERHEAD, NY   11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
▓▓▓▓▓▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LAURI SPITZ
400 HALLETT AVENUE   SUITE A
RIVERHEAD, NY   11901

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 45.50000000% | 45.5000000% |
| Loss | 45.50000000% | 45.5000000% |
| Capital | 45.50000000% | 45.5000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | | $ |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 274,740. | $ 82,340. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| **Beginning capital account** | $ −109,293. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ −80,606. |
| Other increase (decrease) (attach explanation) | $ −177. |
| Withdrawals & distributions | $( ) |
| **Ending capital account** | $ −190,076. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning _____ $
Ending _____ $

| | | |
|---|---|---|
| **14** Self-employment earnings (loss) | | |
| **A** | −80,606. | |
| **C** | 118,443. | |
| **21** ☐ More than one activity for at-risk purposes* | | |
| **22** ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

For IRS Use Only

MOUSTACHE BREWING CO., LLC                                      45-4581306

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 177. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 177. |

---

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -80,606. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -80,606. |
| W-2 WAGES | 60,246. |
| UNADJUSTED BASIS OF ASSETS | 250,940. |

PARTNER NUMBER 1

MOUSTACHE BREWING CO., LLC                                          45-4581306

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1          OTHER INFORMATION, BOX 20, CODE AH

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 63,160. |

---

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

TAX BASIS

PARTNER NUMBER 1

651119

| Schedule K-1 **(Form 1065)** | **2019** | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ **See separate instructions.**

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

## Part I — Information About the Partnership

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE   SUITE A
RIVERHEAD, NY  11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
█████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MATTHEW SPITZ
400 HALLETT AVENUE   SUITE A
RIVERHEAD, NY  11901

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 45.50000000% | 45.5000000% |
| Loss | 45.50000000% | 45.5000000% |
| Capital | 45.50000000% | 45.5000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 274,740. | $ 82,340. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ -109,289. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -80,605. |
| Other increase (decrease) (attach explanation) | $ -177. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ -190,071. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____  $ _____
Ending _____  $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -80,605. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | A -80,605. / C 118,443. |
| 15 | Credits | N 895. |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | C* 177. |
| 19 | Distributions | |
| 20 | Other information | Z * STMT / AH * STMT |
| 21 | ☐ More than one activity for at-risk purposes* | |
| 22 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

911261 12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2019**

2

MOUSTACHE BREWING CO., LLC                                    45-4581306

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 177. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 177. |

---

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -80,605. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -80,605. |
| W-2 WAGES | 60,246. |
| UNADJUSTED BASIS OF ASSETS | 250,940. |

PARTNER NUMBER 2

MOUSTACHE BREWING CO., LLC                                    45-4581306

---

SCHEDULE K-1        SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1        OTHER INFORMATION, BOX 20, CODE AH

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 63,161. |

---

SCHEDULE K-1        ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

TAX BASIS

PARTNER NUMBER 2

3

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | |
|---|---|
| **1** Ordinary business income (loss) | **15** Credits |
| -1,772. | N      20. |
| **2** Net rental real estate income (loss) | |
| | **16** Foreign transactions |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | **17** Alternative min tax (AMT) items |
| **5** Interest income | |
| **6a** Ordinary dividends | **18** Tax-exempt income and nondeductible expenses |
| **6b** Qualified dividends | C*      4. |
| **6c** Dividend equivalents | |
| **7** Royalties | **19** Distributions |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | **20** Other information |
| | Z *      STMT |
| | AH *      STMT |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) | |
| A      0. | |
| | **21** ☐ More than one activity for at-risk purposes* |
| | **22** ☐ More than one activity for passive activity purposes* |
| | *See attached statement for additional information. |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE   SUITE A
RIVERHEAD, NY   11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
▮▮▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

THOMAS W ALEXANDERSON
23 HOLYOKE ROAD
ROCKVILLE CENTRE, NY   11570

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | 0. $      0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**   **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $      8,513. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $      -1,772. |
| Other increase (decrease) (attach explanation) | $      -4. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $      6,737. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____ $ _____
Ending _____ $ _____

For IRS Use Only

911261  12-30-19   LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2019**

3

MOUSTACHE BREWING CO., LLC                                    45-4581306

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 4. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4. |

---

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -1,772. |
| W-2 WAGES | 1,324. |
| UNADJUSTED BASIS OF ASSETS | 5,516. |

PARTNER NUMBER 3

MOUSTACHE BREWING CO., LLC                                                45-4581306

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1          OTHER INFORMATION, BOX 20, CODE AH

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 1,388. |

---

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

TAX BASIS

PARTNER NUMBER 3

4

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____  ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I   Information About the Partnership

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE  SUITE A
RIVERHEAD, NY  11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
▓▓▓▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DANIEL KOMIS
154 TREMONT ST.
WESTBURY, NY  11590

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____   Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $   0. | $   0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $   8,515. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $   -1,771. |
| Other increase (decrease) (attach explanation) | $   -4. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $   6,740. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning _____ $ _____
Ending _____ $ _____

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -1,771. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss)  A | 0. |

| # | Item | Amount |
|---|---|---|
| 15 | Credits  N | 19. |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses  C* | 4. |
| 19 | Distributions | |
| 20 | Other information  Z  *   STMT  AH  *   STMT | |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

911261 12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2019**

4

MOUSTACHE BREWING CO., LLC                                45-4581306

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 4. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4. |

---

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -1,771. |
| W-2 WAGES | 1,324. |
| UNADJUSTED BASIS OF ASSETS | 5,515. |

PARTNER NUMBER 4

MOUSTACHE BREWING CO., LLC                                          45-4581306

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1          OTHER INFORMATION, BOX 20, CODE AH

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 1,388. |

---

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

TAX BASIS

PARTNER NUMBER 4

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**     ▶ **See separate instructions.**

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | |
|---|---|
| **1** Ordinary business income (loss)  −8,858. | **15** Credits  N  99. |
| **2** Net rental real estate income (loss) | **16** Foreign transactions |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | **17** Alternative min tax (AMT) items |
| **5** Interest income | |
| **6a** Ordinary dividends | **18** Tax-exempt income and nondeductible expenses  C*  19. |
| **6b** Qualified dividends | |
| **6c** Dividend equivalents | **19** Distributions |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | **20** Other information |
| **9a** Net long-term capital gain (loss) | Z  *  STMT |
| | AH  *  STMT |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss)  A  0. | |
| | **21** ☐ More than one activity for at-risk purposes* |
| | **22** ☐ More than one activity for passive activity purposes* |
| | *See attached statement for additional information. |

**Part I     Information About the Partnership**

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE  SUITE A
RIVERHEAD, NY  11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II     Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JAMES & KATHLEEN D CORBETT
103 HOBART ST.
EAST ISLIP, NY  11730

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.0000000% | 5.0000000% |
| Loss | 5.0000000% | 5.0000000% |
| Capital | 5.0000000% | 5.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $  0. | $  0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**     **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $  33,003. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $  −8,858. |
| Other increase (decrease) (attach explanation) | $  −19. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $  24,126. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____
Ending _____

For IRS Use Only

911261  12-30-19   LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2019**

MOUSTACHE BREWING CO., LLC                                    45-4581306

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 19. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 19. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -8,858. |
| W-2 WAGES | 6,621. |
| UNADJUSTED BASIS OF ASSETS | 27,576. |

PARTNER NUMBER 5

MOUSTACHE BREWING CO., LLC                                      45-4581306

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1          OTHER INFORMATION, BOX 20, CODE AH

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 6,941. |

---

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

TAX BASIS

PARTNER NUMBER 5

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| **1** Ordinary business income (loss)  −1,771. | **15** Credits  N  19. |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | **17** Alternative min tax (AMT) items |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses  C*  4. |
| **6c** Dividend equivalents | |
| **7** Royalties | **19** Distributions |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | **20** Other information  Z *  STMT  AH *  STMT |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss)  A  0. | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE  SUITE A
RIVERHEAD, NY  11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
▓▓▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHARON M WIRTH
241 TROUTBROOK LANE
RIVERHEAD, NY  11901

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**  **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 8,515. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ −1,771. |
| Other increase (decrease) (attach explanation) | $ −4. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 6,740. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......... $ _____
Ending .......... $ _____

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

911261  12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019

6

MOUSTACHE BREWING CO., LLC                                      45-4581306

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 4. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -1,771. |
| W-2 WAGES | 1,324. |
| UNADJUSTED BASIS OF ASSETS | 5,515. |

PARTNER NUMBER 6

MOUSTACHE BREWING CO., LLC                                          45-4581306

---

SCHEDULE K-1            SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1            OTHER INFORMATION, BOX 20, CODE AH

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 1,388. |

---

SCHEDULE K-1            ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

TAX BASIS

PARTNER NUMBER 6

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____  ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions,**
**Credits, etc.**   ▶ See separate instructions.

| **Part III** | **Partner's Share of Current Year Income,** |
| | **Deductions, Credits, and Other Items** |

| | |
|---|---|
| **Part I** | **Information About the Partnership** |

**A** Partnership's employer identification number
45-4581306

**B** Partnership's name, address, city, state, and ZIP code

MOUSTACHE BREWING CO., LLC
400 HALLETT AVENUE  SUITE A
RIVERHEAD, NY  11901-3076

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| | |
|---|---|
| **Part II** | **Information About the Partner** |

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
█████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JOSEPH & SONJA SPITZ
365 MANHATTAN BLVD
ISLIP TERRACE, NY  11752

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........... ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

Check if decrease is due to sale or exchange of partnership interest ........... ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ -1,485. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -1,772. |
| Other increase (decrease) (attach explanation) | $ -4. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ -3,261. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ........................ $
Ending ........................... $

| | |
|---|---|
| **1** Ordinary business income (loss) | -1,772. |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | |
| **6c** Dividend equivalents | |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) | A  0. |

| | |
|---|---|
| **15** Credits | N  20. |
| **16** Foreign transactions | |
| **17** Alternative min tax (AMT) items | |
| **18** Tax-exempt income and nondeductible expenses | C*  4. |
| **19** Distributions | |
| **20** Other information | Z  *  STMT |
| | AH  *  STMT |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

911261  12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2019**

MOUSTACHE BREWING CO., LLC                                    45-4581306

---

SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 4. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4. |

---

SCHEDULE K-1            SECTION 199A INFORMATION, BOX 20, CODE Z

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -1,772. |
| W-2 WAGES | 1,324. |
| UNADJUSTED BASIS OF ASSETS | 5,515. |

PARTNER NUMBER 7

MOUSTACHE BREWING CO., LLC                                    45-4581306

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1          OTHER INFORMATION, BOX 20, CODE AH

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 1,388. |

---

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

TAX BASIS

PARTNER NUMBER 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

In re:                                          Chapter 11

Moustache Brewing Co. LLC,[1]                   Case No. _____

Debtor.

---

**<u>VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS</u>**

The undersigned attorney for Moustache Brewing Co. LLC hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his knowledge.

Dated:  July 21, 2020                    Respectfully submitted,

/s/ Lauri Spitz
_____
Lauri Spitz, Managing Member of
Moustache Brewing Co. LL

By:*/s/ Jonathan A. Grasso*
Jonathan A. Grasso
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, NY 10004
Tel: (212) 369-8080
Fax: (757) 257-0387
jon@piercemccoy.com

*Proposed Counsel to the Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are 1306.

3D Beverage Inc.
417 Station Road
Bellport, NY 11713

47 Hops LLC
2516 S 23rd Ave
Yakima, WA 98903

Air Gas USA, Inc.
195 Oval Drive
Islandia, NY 11749

ALS Therapy Development Institute
300 Technology Square, Suite 400
Cambridge, MA 02139

Amazon.com Inc.
PO Box 035184
Seattle, WA 98124-5184

Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339

Behalf Inc.
100 Williams Street
New York, NY 10038

Blue Label Packaging Company
3750 Lancaster New Lexington Rd. SE
Lancaster, OH 43130

Buzztime Entertainment Inc.
1800 Aston Ave., Suite 100
Carlsbad, CA 92008

CIT Bank, N.A.
155 Commerce Way
Portsmouth, NH 03801

Crosby Hop Farm, LLC
8648 Crosby Road, NE
Woodburn, OR 97071

Geeks Who Drink, LLC
3795 E 38th Avenue
Denver, CO 80205

Heather Darst and Blane Horn
901 Dewing Avenue
Lafayette, CA 94549

Home Depot Credit Services
P.O. Box 790345
St. Louis, MO 63179

Internal Revenue Service
Central Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

Kaiser Maintenance, Inc.
PO Box 118
Jamesport, NY 11947

Keg Fleet LLC
12621 Featherwood Dr., Suite 390
Houston, TX 77034

Keg Logistics, LLC
9360 Station Street #325
Lone Tree, CO 80124

Lauri and Matthew Spitz
1 East Main Street, Suite 7
Riverhead, NY 11901

Long Island Power Authority
PO Box 9083
Melville, NY 11747

Marathon Power LLC
62-01 34th Avenue
Woodside, NY 11377

National Grid PLC
One MetroTech Center
Brooklyn, NY 11201

New England Motor Freight
400 Division Street
Pawtucket, RI 02860

NYS Department of Tax and Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Paypal, Inc.
PO Box 960006
Orlando, FL 32896

Pollak Hallet LLC
PO BOX 608
Riverhead, NY 11901

Remarkable Liquids LLC
2 Van Buren Blvd.
Altamont, NY 12009

Riverhead Business Improvement District Mgmt Assoc.
200 Howell Avenue
Riverhead, NY 11901

Riverhead Water District
200 Howell Avenue
Riverhead, NY 11901

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, NY 10279

Sporcle Inc.
3610 Albion Pl. N #102
Seattle, WA 98103

Square Inc.
1455 Market St., Suite 600 MSC 715
San Francisco, CA 94103

TD Bank, N.A.
P.O. Box 23072
Columbus, GA 31902

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034

The 5th Ingredient, LLC
8004 NW 154 Street, #652
Miami Lakes, FL 33016

Thomas Alexanderson
23 Holyoke Road
Rockville Center, NY 11570

Uline Inc.
PO Box 88741
Chicago, IL 60680

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

Valley National Bancorp.
PO Box 953
Wayne, NJ 07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

In re:

Moustache Brewing Co. LLC,[1]

                Debtor.

Chapter 11

Case No. _____

## <u>CERTIFICATE OF SERVICE OF CHAPTER 11 PETITION</u>

I, Jonathan A. Grasso, hereby certify that on July 21, 2020, a true and accurate copy of the foregoing Chapter 11 Petition was served via first class mail, postage pre-paid upon the following:

Office of the United States Trustee
Long Island Federal Plaza Courthouse
560 Federal Plaza
Central Islip, New York 11722

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

---

[1] The last four digits of the Debtor's federal tax identification number are 1306.

Dated:  July 21, 2020          Respectfully submitted,

                              By:*/s/ Jonathan A. Grasso*
                              Jonathan A. Grasso (VSB No. 80414)
                              Pierce McCoy, PLLC
                              85 Broad Street, Suite 17-063
                              New York, NY 10004
                              Tel: (212) 369-8080
                              Fax: (757) 257-0387
                              jon@piercemccoy.com

                              *Proposed Counsel to the Debtor*