UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

**Moustache Brewing Co. LLC**           CASE NO.: **8-20-72474-las**

           Debtor(s).          CHAPTER 11
-------------------------------------------------------------x

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

    **Salvatore LaMonica**
    **3305 Jerusalem Avenue**
    **Wantagh, New York 11793**
    **(516) 826-6500**
    **Email: sl@lhmlawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: Central Islip, New York          WILLIAM K. HARRINGTON
       July 21, 2020                 UNITED STATES TRUSTEE, REGION 2

                                       By: **/s/ Christine H Black**
                                            Christine H. Black
                                            Assistant United States Trustee
                                            Long Island Federal Courthouse
                                            560 Federal Plaza
                                            Central Islip, NY 11722
                                            (631) 715 7800