**Fill in this information to identify the case:**

Debtor Name _Moustache Brewing Co.  LLC_

United States Bankruptcy Court for the: _Eastern District of New York_

Case number: _20-72474_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _August 1-31, 2020_          Date report filed: **09/18/2020**
                                    MM / DD / YYYY

Line of business: _Brewery_          NAISC code: _312120_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Lauri Spitz_

Original signature of responsible party _[signature]_

Printed name of responsible party _Lauri Spitz_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Moustache Brewing Co.  LLC                                    Case number  20-72474

17.  Have you paid any bills you owed before you filed bankruptcy?                  ☐   ☑   ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts                                    0

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                $ 47,046.98

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                             $ 47,775.89

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.                                                    − $ 55,128.23

Report the total from *Exhibit D* here.

22.  **Net cash flow**                                                            + (7,352.34)

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                      = $ 39,694.64

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                            $ 4,259.77

*(Exhibit E)*

Debtor Name  Moustache Brewing Co.  LLC          Case number 20-72474

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $  30,076.37

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                             9

27. What is the number of employees as of the date of this monthly report?               9

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $        0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $        0

30. How much have you paid this month in other professional fees?                              $        0

31. How much have you paid in total other professional fees since filing the case?           $        0

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|   | **Projected** | − | **Actual** | = | **Difference** |
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this month's report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 45,666.66 | − | $ 47,775.89 | = | $ (2,109.23) |
| 33. **Cash disbursements** | $ 53,570.25 | − | $ 55,128.23 | = | $ (1,557.98) |
| 34. **Net cash flow** | $ (7903.59) | − | $ 7,352.34) | = | $ 551.25 |

35. Total projected cash receipts for the next month:                              $  57,166.66

36. Total projected cash disbursements for the next month:                     − $  62,170.25

37. Total projected net cash flow for the next month:                             = $  (5,003.59)

---

Debtor Name  Moustache Brewing Co.  LLC                              Case number  20-72474

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print          Save As...                                          Reset

# EXHIBIT C

Exhibit C

| Date | Description | | Amount |
|---|---|---|---|
| **2020-08-05** | Gusto Payroll (returned because I forgot to transfer funds) | Payroll | $3,443.56 |
| **2020-08-07** | Gusto Payroll Tax (returned because I forgot to transfer funds) | Payroll Tax | $708.77 |
| **2020-08-17** | Intuit Credit Card Deposit | Wholesale | $102.40 |
| **2020-08-14** | Intuit Credit Card Deposit | Wholesale | $217.80 |
| **2020-08-12** | Intuit Credit Card Deposit | Wholesale | $68.40 |
| **2020-08-19** | Brooklyn Oneology | Canning Line Receiveable | $4,167.00 |
| **2020-08-18** | DEPOSIT | Receivables | $2,811.76 |
| **2020-08-04** | DEPOSIT | Receivables | $6,868.06 |
| **2020-08-03** | Square Credit Card Deposits | Tasting Room sales | $1,497.93 |
| **2020-08-03** | Square Credit Card Deposits | Tasting Room sales | $1,692.21 |
| **2020-08-03** | Square Credit Card Deposits | Tasting Room sales | $2,231.27 |
| **2020-08-06** | Square Credit Card Deposits | Tasting Room sales | $1,306.58 |
| **2020-08-10** | Square Credit Card Deposits | Tasting Room sales | $613.09 |
| **2020-08-10** | Square Credit Card Deposits | Tasting Room sales | $777.47 |
| **2020-08-10** | Square Credit Card Deposits | Tasting Room sales | $1,240.65 |
| **2020-08-10** | Square Credit Card Deposits | Tasting Room sales | $2,057.89 |
| **2020-08-11** | Square Credit Card Deposits | Tasting Room sales | $12.60 |
| **2020-08-14** | Square Credit Card Deposits | Tasting Room sales | $339.50 |
| **2020-08-17** | Square Credit Card Deposits | Tasting Room sales | $1,429.04 |
| **2020-08-17** | Square Credit Card Deposits | Tasting Room sales | $1,429.22 |
| **2020-08-17** | Square Credit Card Deposits | Tasting Room sales | $2,243.69 |
| **2020-08-18** | Square Credit Card Deposits | Tasting Room sales | $126.79 |
| **2020-08-20** | Square Credit Card Deposits | Tasting Room sales | $119.18 |
| **2020-08-21** | Square Credit Card Deposits | Tasting Room sales | $795.75 |
| **2020-08-24** | Square Credit Card Deposits | Tasting Room sales | $1,164.66 |
| **2020-08-24** | Square Credit Card Deposits | Tasting Room sales | $1,628.37 |
| **2020-08-24** | Square Credit Card Deposits | Tasting Room sales | $2,964.21 |
| **2020-08-28** | Square Credit Card Deposits | Tasting Room sales | $794.63 |
| **2020-08-31** | Square Credit Card Deposits | Tasting Room sales | $1,015.63 |
| **2020-08-31** | Square Credit Card Deposits | Tasting Room sales | $1,740.32 |
| **2020-08-31** | Square Credit Card Deposits | Tasting Room sales | $2,167.46 |
| | | | |
| | | | $47,775.89 |

# EXHIBIT D

Exhibit D

| Date | Description | | Amount |
|---|---|---|---|
| 2020-08-04 | Lindenmeyr Munroe | COGS | $3,985.59 |
| 2020-08-04 | Payroll Fees Gusto | Payroll Fees | $107.54 |
| 2020-08-04 | Payroll | Payroll | $3,443.56 |
| 2020-08-04 | Gusto Payroll Tax | Payroll Tax | $708.77 |
| 2020-08-05 | OVERDRAFT RET (I forgot to transfer payroll money) | Bank Fees | $35.00 |
| 2020-08-05 | RPM | Workers Comp | $75.89 |
| 2020-08-07 | Pollack Hallett | Rent | $7,845.18 |
| 2020-08-10 | Lindenmeyr Munroe | COGS | $1,861.36 |
| 2020-08-10 | Payroll | Payroll | $4,343.56 |
| 2020-08-10 | Gusto Payroll Tax | Payroll Tax | $708.77 |
| 2020-08-10 | K Sidrane, Labels | Cogs | $1,883.16 |
| 2020-08-10 | WIRE TRANSFER FEE | Bank Fees | $30.00 |
| 2020-08-11 | Payroll | Payroll | $4,592.94 |
| 2020-08-11 | Gusto Payroll Tax | Payroll Tax | $801.00 |
| 2020-08-12 | Quickbooks Payment fees | Bank Fees | $2.58 |
| 2020-08-12 | RPM | Workers Comp | $11.00 |
| 2020-08-14 | Quickbooks Payment fees | Bank Fees | $7.66 |
| 2020-08-17 | Brewers Supply Group | COGS | $3,714.10 |
| 2020-08-17 | Quickbooks Payment fees | Bank Fees | $3.73 |
| 2020-08-18 | Payroll | Payroll | $5,216.30 |
| 2020-08-18 | Gusto Payroll Tax | Payroll Tax | $915.88 |
| 2020-08-18 | Country Malt Group COGS | COGS | $3,735.59 |
| 2020-08-19 | RPM | Workers Comp | $148.91 |
| 2020-08-21 | Air Gas | COGS | $5.11 |
| 2020-08-24 | Coastal Propane | Utilities | $401.05 |
| 2020-08-24 | Brew Cheese | Keg Deposit Refund | $167.00 |
| 2020-08-24 | Sapsuckers | Keg Deposit Refund | $90.00 |
| 2020-08-24 | Osteria Da Nino | Keg Deposit Refund | $120.00 |
| 2020-08-25 | PSEG | Utilities | $893.00 |
| 2020-08-25 | PSEG | Electric | $613.00 |
| 2020-08-25 | Ascentium Capital | Lease payment | $858.35 |
| 2020-08-25 | Payroll | Payroll | $5,660.33 |
| 2020-08-25 | Gusto Payroll Tax | Payroll Tax | $1,029.88 |
| 2020-08-26 | Clear Beer | Maintenance | $362.80 |
| 2020-08-26 | The Better Man Distilling | COGS | $249.00 |
| 2020-08-26 | RPM | Workers Comp | $124.31 |
| 2020-08-27 | National Grid | Utilities | $292.33 |
| 2020-08-31 | The Subtle Tea | COGS | $84.00 |
| | | | |
| | | | $55,128.23 |

# EXHIBIT E

Table 1

| Exhibit E-Outstanding bills | | | | |
|---|---|---|---|---|
| Payee | Amount | Purpose | Due Date | |
| Sales Tax | | Sales Tax | 9/20 | |
| Ubergeek Brewing | $80.00 | Beer | 9/30 | |
| PSEG | $1,086.11 | Electric | 9/15 | |
| PSEG | $791.62 | Electric | 9/15 | |
| Fortress Security | $400.84 | Alarm | 9/30 | |
| Haylee Jordan | $1,225.00 | Marketing | 9/10 | |
| National Grid | $676.20 | Gas/ Deposit | 9/15 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $4,259.77 | | | |

# EXHIBIT F

## Moustache Brewing Co.
## A/R Aging Summary
### As of August 31, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Bellport Cold Beer and Soda | | | | 200.80 | 287.99 | 488.79 |
| Brewology Speonk | | | | | 59.98 | 59.98 |
| Bubba's Burrito Bar | | 224.80 | | | | 224.80 |
| Country Corner | | | | | 94.99 | 94.99 |
| Dark Horse Restaurant | | 95.00 | | | 153.99 | 248.99 |
| First & South | | | | | 405.18 | 405.18 |
| Funchos | | 100.40 | | | | 100.40 |
| Hilton Garden Inn/ Long Island Fork Restaurant | | | | | 179.00 | 179.00 |
| Main Road Biscuit Company | | | | 102.60 | | 102.60 |
| Maple Tree BBQ | | 99.20 | | | | 99.20 |
| North Fork Roadhouse | | 212.00 | | | | 212.00 |
| Peconic Beverage | | 198.60 | | | | 198.60 |
| S.K.I. Beer USA | 26,877.65 | | | | | 26,877.65 |
| Sapsuckers | 80.20 | | | | | 80.20 |
| South Shore Dive | | 168.00 | 78.00 | | | 246.00 |
| The Better Man Distilling Co | | 51.20 | | | | 51.20 |
| The Cheese Patch | | | | 99.20 | | 99.20 |
| The Winemaker Studio | | | | | 94.99 | 94.99 |
| Townline BBQ | | 212.60 | | | | 212.60 |
| TOTAL | $ 26,957.85 | $ 1,361.80 | $ 78.00 | $ 402.60 | $ 1,276.12 | $ 30,076.37 |

# Moustache Brewing Co.

## BALANCE SHEET

As of August 31, 2020

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1001 Payroll TD Bank Ch 11 Checking 1168 | 6,749.82 |
| 1002 Tax TD Bank Ch 11 Checking 1176 | 4,034.23 |
| 1003 Operating TD Bank Ch 11 Checking 1217 | 23,752.77 |
| **Total Bank Accounts** | **$34,536.82** |
| Accounts Receivable | |
| 2000 Accounts Receivable | 30,076.37 |
| **Total Accounts Receivable** | **$30,076.37** |
| Other Current Assets | |
| 2300 Inventory | 30,000.00 |
| 2900 Undeposited Funds | 118.40 |
| Canning Line Receivable | 29,165.00 |
| Cash Collected Clearing Account | 0.00 |
| Square Deposit Clearing Account | 0.00 |
| **Total Other Current Assets** | **$59,283.40** |
| **Total Current Assets** | **$123,896.59** |
| Fixed Assets | |
| 3100 Gross Fixed Assets | |
| 3105 Machinery & Equipment | 270,703.57 |
| 3140 Building | 21,183.58 |
| 3150 Pro-Master | 28,687.41 |
| 3160 LHI - Buildout 2017/18 | 120,706.13 |
| **Total 3100 Gross Fixed Assets** | **441,280.69** |
| 3200 Accumulated Depreciation | -168,075.00 |
| **Total Fixed Assets** | **$273,205.69** |
| Other Assets | |
| Security Deposit - Rent | 10,245.00 |
| **Total Other Assets** | **$10,245.00** |
| **TOTAL ASSETS** | **$407,347.28** |

# Moustache Brewing Co.

## BALANCE SHEET

As of August 31, 2020

| | TOTAL |
|---|---:|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 4000 Accounts Payable | 322.86 |
| **Total Accounts Payable** | **$322.86** |
| Other Current Liabilities | |
| 4301 Payroll Liabilities | 0.00 |
| 4400 Sales Tax Payable | 2,668.41 |
| 4500 Client Deposits | |
| 4505 Keg Deposits | 4,473.00 |
| **Total 4500 Client Deposits** | **4,473.00** |
| Gift Cards Payable | 3,868.81 |
| Loan Dave Schultzer | 11,035.80 |
| Loan from Lauri & Matthew Spitz | 129,526.11 |
| NYS Bottle Deposit Tax Payable | 187.80 |
| SBA EIDL Loan | 157,600.00 |
| SBA PPP Loan | 20,490.00 |
| Square Capital Loan | 12,775.80 |
| TA Loan | 15,000.00 |
| Tips Payable | 1,265.54 |
| **Total Other Current Liabilities** | **$358,891.27** |
| **Total Current Liabilities** | **$359,214.13** |
| Long-Term Liabilities | |
| 4890 Accrued Interest Payable Expansion Loan | 11,868.68 |
| B&H Loan | 410,757.38 |
| Pinnacle Capital Partners Loan | 8,583.52 |
| Promaster Loan Payable | 8,443.03 |
| Shareholder Notes Payable | 70,000.00 |
| **Total Long-Term Liabilities** | **$509,652.61** |
| **Total Liabilities** | **$868,866.74** |
| Equity | |
| 5800 Opening Balance Equity | -489,857.58 |
| 5850 Partner distributions | |
| 5851 Lauri Spitz | -5,250.00 |
| 5852 Matthew Spitz | -5,250.00 |
| **Total 5850 Partner distributions** | **-10,500.00** |
| 5900 Retained Earnings | 560.19 |

# Moustache Brewing Co.

BALANCE SHEET

As of August 31, 2020

| | TOTAL |
|---|---|
| Net Income | 38,277.93 |
| **Total Equity** | **$ -461,519.46** |
| **TOTAL LIABILITIES AND EQUITY** | **$407,347.28** |

# Moustache Brewing Co.

## PROFIT AND LOSS

August 2020

| | TOTAL |
|---|---|
| Income | |
|   6000 Sales | |
|    Tasting Room | 31,588.36 |
|    Wholesale | 31,141.09 |
|   **Total 6000 Sales** | **62,729.45** |
|   6020 Discounts/Refunds Given | -4,117.56 |
| **Total Income** | **$58,611.89** |
| Cost of Goods Sold | |
|   7000 Cost of Goods Sold | 20,451.82 |
| **Total Cost of Goods Sold** | **$20,451.82** |
| **GROSS PROFIT** | **$38,160.07** |
| Expenses | |
|   8000 Salaries & Benefits | |
|    8010 Wages | 8,840.81 |
|    8020 ER Payroll Taxes | 1,127.93 |
|    8060 Payroll Processing Fees | 107.54 |
|   **Total 8000 Salaries & Benefits** | **10,076.28** |
|   8400 Facility Costs | |
|    8410 Rent Expense | 8,145.18 |
|    8430 Utilities | 2,522.24 |
|   **Total 8400 Facility Costs** | **10,667.42** |
|   8500 Other G&A | |
|    8530 Repairs & Maintenance | 362.80 |
|    8585 Business Licenses & Permits | 20.00 |
|    8590 Merchant Fees | 848.61 |
|    8600 Bank Service Charges | 143.03 |
|    8620 Insurance Expense | 341.51 |
|   **Total 8500 Other G&A** | **1,715.95** |
| **Total Expenses** | **$22,459.65** |
| **NET OPERATING INCOME** | **$15,700.42** |
| Other Expenses | |
|   9600 Taxes | |
|    9605 NYS Bottle Deposit Tax | -2.40 |
|   **Total 9600 Taxes** | **-2.40** |
| **Total Other Expenses** | **$ -2.40** |
| **NET OTHER INCOME** | **$2.40** |
| **NET INCOME** | **$15,702.82** |



**America's Most Convenient Bank®**

T    **STATEMENT OF ACCOUNT**

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY
400 HALLETT AVE STE A
RIVERHEAD NY  11901-3076

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Aug 01 2020-Aug 31 2020 |
| Cust Ref #: | ████████████T-### |
| Primary Account #: | ██████1217 |

## Chapter 11 Checking

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY

Account # ██████1217

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 45,397.05 | Average Collected Balance | 36,589.01 |
| Deposits | 9,679.82 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 29,776.74 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 4,167.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 20,683.52 | | |
| Electronic Payments | 37,177.25 | | |
| Other Withdrawals | 1,913.16 | | |
| Ending Balance | 29,246.68 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | DEPOSIT | 6,868.06 |
| 08/18 | DEPOSIT | 2,811.76 |
| | Subtotal: | 9,679.82 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | ACH DEPOSIT, SQUARE INC 200803P2 L****98801918 | 2,231.27 |
| 08/03 | ACH DEPOSIT, SQUARE INC 200803P2 L****98801917 | 1,692.21 |
| 08/03 | ACH DEPOSIT, SQUARE INC 200803P2 L****98801919 | 1,497.93 |
| 08/06 | ACH DEPOSIT, SQUARE INC 200806P2 L****98900242 | 1,306.58 |
| 08/10 | ACH DEPOSIT, SQUARE INC 200810P2 L****99153254 | 2,057.89 |
| 08/10 | ACH DEPOSIT, SQUARE INC 200810P2 L****99153255 | 1,240.65 |
| 08/10 | ACH DEPOSIT, SQUARE INC 200810P2 L****99153253 | 777.47 |
| 08/10 | ACH DEPOSIT, SQUARE INC 200810P2 L****99153252 | 613.09 |
| 08/11 | ACH DEPOSIT, SQUARE INC 200811P2 L****99191946 | 12.60 |
| 08/12 | CCD DEPOSIT, INTUIT PYMT SOLN DEPOSIT ****71998500792 | 68.40 |
| 08/14 | ACH DEPOSIT, SQUARE INC 200814P2 L****99293546 | 339.50 |
| 08/14 | CCD DEPOSIT, INTUIT PYMT SOLN DEPOSIT ****71998500792 | 217.80 |
| 08/17 | ACH DEPOSIT, SQUARE INC 200817P2 L****99359259 | 2,243.69 |
| 08/17 | ACH DEPOSIT, SQUARE INC 200817P2 L****99359258 | 1,429.22 |
| 08/17 | ACH DEPOSIT, SQUARE INC 200817P2 L****99359260 | 1,429.04 |
| 08/17 | CCD DEPOSIT, INTUIT PYMT SOLN DEPOSIT ****71998500792 | 102.40 |
| 08/18 | ACH DEPOSIT, SQUARE INC 200818P2 L****99403205 | 126.79 |
| 08/20 | ACH DEPOSIT, SQUARE INC 200820P2 L****99454598 | 119.18 |
| 08/21 | ACH DEPOSIT, SQUARE INC 200821P2 L****99492665 | 795.75 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 29,246.68 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Aug 01 2020-Aug 31 2020 |
| Cust Ref #: | -### |
| Primary Account #: | 1217 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | ACH DEPOSIT, SQUARE INC 200824P2 L****99558128 | 2,964.21 |
| 08/24 | ACH DEPOSIT, SQUARE INC 200824P2 L****99558127 | 1,628.37 |
| 08/24 | ACH DEPOSIT, SQUARE INC 200824P2 L****99558129 | 1,164.66 |
| 08/28 | ACH DEPOSIT, SQUARE INC 200828P2 L****99690482 | 794.63 |
| 08/31 | ACH DEPOSIT, SQUARE INC 200831P2 L****99765761 | 2,167.46 |
| 08/31 | ACH DEPOSIT, SQUARE INC 200831P2 L****99765762 | 1,740.32 |
| 08/31 | ACH DEPOSIT, SQUARE INC 200831P2 L****99765760 | 1,015.63 |
| | Subtotal: | 29,776.74 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | WIRE TRANSFER INCOMING, BROOKLYN OENOLOGY, LLC DBA PECONIC | 4,167.00 |
| | Subtotal: | 4,167.00 |

**Checks Paid**     No. Checks: 15     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/04 | 1000 | 3,985.59 | 08/21 | 1015* | 5.11 |
| 08/07 | 1001 | 7,845.18 | 08/24 | 1016 | 167.00 |
| 08/10 | 1002 | 1,861.36 | 08/27 | 1018* | 292.33 |
| 08/25 | 1003 | 893.00 | 08/24 | 1019 | 90.00 |
| 08/25 | 1004 | 613.00 | 08/24 | 1020 | 120.00 |
| 08/17 | 1005 | 3,714.10 | 08/26 | 1021 | 362.80 |
| 08/24 | 1012* | 401.05 | 08/26 | 1023* | 249.00 |
| 08/31 | 1013 | 84.00 | | | |
| | | | | Subtotal: | 20,683.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | eTransfer Debit, Online Xfer<br>Transfer to CK 1168 | 4,000.00 |
| 08/05 | CCD DEBIT, RELIABLE PREMIUM INS DEBIT ****034564 | 75.89 |
| 08/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 1168 | 1,000.00 |
| 08/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 1168 | 6,400.00 |
| 08/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 1176 | 3,074.13 |
| 08/12 | CCD DEBIT, RELIABLE PREMIUM INS DEBIT ****034564 | 11.00 |
| 08/12 | CCD DEBIT, INTUIT PYMT SOLN TRAN FEE ****71998500792 | 2.58 |
| 08/14 | CCD DEBIT, INTUIT PYMT SOLN TRAN FEE ****71998500792 | 7.66 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



**STATEMENT OF ACCOUNT**

America's Most Convenient Bank®

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Aug 01 2020-Aug 31 2020 |
| Cust Ref #: | ▉-### |
| Primary Account #: | ▉1217 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | eTransfer Debit, Online Xfer Transfer to CK ▉1168 | 4,000.00 |
| 08/17 | eTransfer Debit, Online Xfer Transfer to CK ▉1176 | 415.52 |
| 08/17 | CCD DEBIT, INTUIT PYMT SOLN TRAN FEE ****71998500792 | 3.73 |
| 08/18 | CCD DEBIT, GWMCHGO MB CORP COLL | 3,735.59 |
| 08/19 | CCD DEBIT, RELIABLE PREMIUM INS DEBIT ****034564 | 148.91 |
| 08/24 | eTransfer Debit, Online Xfer Transfer to CK ▉1168 | 6,800.00 |
| 08/24 | eTransfer Debit, Online Xfer Transfer to CK ▉1176 | 519.58 |
| 08/25 | CCD DEBIT, ASCENTIUMCAPITAL LEASECHG 69734 | 858.35 |
| 08/26 | CCD DEBIT, RELIABLE PREMIUM INS DEBIT ****034564 | 124.31 |
| 08/31 | eTransfer Debit, Online Xfer Transfer to CK ▉1168 | 6,000.00 |
| | Subtotal: | 37,177.25 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | WIRE TRANSFER OUTGOING, K Sidrane | 1,883.16 |
| 08/10 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 1,913.16 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 45,397.05 | 08/18 | 30,417.91 |
| 08/03 | 50,818.46 | 08/19 | 34,436.00 |
| 08/04 | 53,700.93 | 08/20 | 34,555.18 |
| 08/05 | 49,625.04 | 08/21 | 35,345.82 |
| 08/06 | 49,931.62 | 08/24 | 33,005.43 |
| 08/07 | 42,086.44 | 08/25 | 30,641.08 |
| 08/10 | 33,526.89 | 08/26 | 29,904.97 |
| 08/11 | 33,539.49 | 08/27 | 29,612.64 |
| 08/12 | 33,594.31 | 08/28 | 30,407.27 |
| 08/14 | 34,143.95 | 08/31 | 29,246.68 |
| 08/17 | 31,214.95 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured  TD Bank, N.A.  Equal Housing Lender 



**Bank**

America's Most Convenient Bank®

T

**STATEMENT OF ACCOUNT**

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY
400 HALLETT AVE STE A
RIVERHEAD NY  11901-3076

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Aug 01 2020-Aug 31 2020 |
| Cust Ref #: | T-### |
| Primary Account # | 1168 |

## Chapter 11 Checking

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY

Account  01168

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,961.02 | Average Collected Balance | 2,882.56 |
| Electronic Deposits | 32,352.33 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 27,528.53 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 35.00 | Days in Period | 31 |
| Ending Balance | 6,749.82 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | ACH RETURNED ITEM, GUSTO NET 277532 6semjoofdhk | 3,443.56 |
| 08/05 | eTransfer Credit, Online Xfer<br>Transfer from CK 1217 | 4,000.00 |
| 08/06 | eTransfer Credit, Online Xfer<br>Transfer from CK 1217 | 1,000.00 |
| 08/07 | CCD DEPOSIT, GUSTO TAX 308539 6semjooov6a | 708.77 |
| 08/10 | eTransfer Credit, Online Xfer<br>Transfer from CK 1217 | 6,400.00 |
| 08/17 | eTransfer Credit, Online Xfer<br>Transfer from CK 1217 | 4,000.00 |
| 08/24 | eTransfer Credit, Online Xfer<br>Transfer from CK 1217 | 6,800.00 |
| 08/31 | eTransfer Credit, Online Xfer<br>Transfer from CK 1217 | 6,000.00 |
| | Subtotal: | 32,352.33 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | CCD DEBIT, GUSTO NET 277532 6semjoofdhk | 3,443.56 |
| 08/04 | CCD DEBIT, GUSTO TAX 277536 6semjoofdkr | 708.77 |
| 08/04 | CCD DEBIT, GUSTO FEE 275064 6semjooaop7 | 107.54 |
| 08/10 | CCD DEBIT, GUSTO NET 312597 6semjop09sp | 4,343.56 |
| 08/10 | CCD DEBIT, GUSTO TAX 312599 6semjop09ss | 708.77 |
| 08/11 | CCD DEBIT, GUSTO NET 316155 6semjop1n4h | 4,592.94 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 6,749.82 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Aug 01 2020-Aug 31 2020 |
| Cust Ref #: | ███████████T-### |
| Primary Account #: | ███████████1168 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11 | CCD DEBIT, GUSTO TAX 316159 6semjop1n5h | 801.00 |
| 08/18 | CCD DEBIT, GUSTO NET 382185 6semjopp1a0 | 5,216.30 |
| 08/18 | CCD DEBIT, GUSTO TAX 382189 6semjopp1b5 | 915.88 |
| 08/25 | CCD DEBIT, GUSTO NET 421435 6semjoqb3qr | 5,660.33 |
| 08/25 | CCD DEBIT, GUSTO TAX 421439 6semjoqb3ri | 1,029.88 |
| | Subtotal: | 27,528.53 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 1,961.02 | 08/11 | 2,772.21 |
| 08/04 | -2,298.85 | 08/17 | 6,772.21 |
| 08/05 | 5,109.71 | 08/18 | 640.03 |
| 08/06 | 6,109.71 | 08/24 | 7,440.03 |
| 08/07 | 6,818.48 | 08/25 | 749.82 |
| 08/10 | 8,166.15 | 08/31 | 6,749.82 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**Bank**

America's Most Convenient Bank®

T        **STATEMENT OF ACCOUNT**

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY
400 HALLETT AVE STE A
RIVERHEAD NY  11901-3076

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Aug 01 2020-Aug 31 2020 |
| Cust Ref #: | ████████████T-### |
| Primary Account # | ████████1176 |

## Chapter 11 Checking

MOUSTACHE BREWING CO LLC
DIP CASE 20-72474 EDNY

Account █████████1176

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25.00 | Average Collected Balance | 2,541.78 |
| Electronic Deposits | 4,009.23 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 4,034.23 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | eTransfer Credit, Online Xfer<br>Transfer from CK ████1217 | 3,074.13 |
| 08/17 | eTransfer Credit, Online Xfer<br>Transfer from CK ████1217 | 415.52 |
| 08/24 | eTransfer Credit, Online Xfer<br>Transfer from CK ████1217 | 519.58 |
| | Subtotal: | 4,009.23 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 25.00 | 08/17 | 3,514.65 |
| 08/10 | 3,099.13 | 08/24 | 4,034.23 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance        4,034.23

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.