UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                      Chapter 11

Moustache Brewing Co. LLC,                                  Case No. 8-20-72474-las

                      Debtor.
---------------------------------------------------------------x

**ORDER AWARDING FIRST AND FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
TO SALVATORE LAMONICA AS SUBCHAPTER V TRUSTEE**

Upon the application, dated October 27, 2020 (the "Application") [Dkt. No. 57], of Salvatore LaMonica, Esq. (the "Subchapter V Trustee"), the subchapter V trustee of the estate of Moustache Brewing Co. LLC (the "Debtor"), counsel to debtor Moustache Brewing Co. LLC (the "Debtor") seeking a first and final allowance of compensation and reimbursement of expenses for the period of July 21, 2020 through October 22, 2020; and it appearing that good and sufficient notice of the Application has been given; and a hearing on the Application having been held before this Court on December 3, 2020; and no opposition having been filed; and after due deliberation, it is hereby

ORDERED, that the Application is granted to the extent provided herein; and it is further

ORDERED, that Salvatore LaMonica, Esq., Subchapter V Trustee, is awarded final compensation in the amount of $9,000.00 with reimbursement of expenses in the amount of $0.00.



**Dated: December 4, 2020**                                      _____
      **Central Islip, New York**                              **Louis A. Scarcella**
                                                                **United States Bankruptcy Judge**