UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                           Chapter 11

Moustache Brewing Co. LLC,                       Case No. 8-20-72474-las

                        Debtor.
---------------------------------------------------------------x

**ORDER AWARDING FIRST AND FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
TO PIERCE MCCOY, PLLC AS COUNSEL FOR THE DEBTOR**

Upon the application, dated October 30, 2020 (the "Application") [Dkt. No. 58], of Pierce McCoy, PLLC ("Pierce McCoy"), counsel to debtor Moustache Brewing Co. LLC (the "Debtor") seeking a first and final allowance of compensation and reimbursement of expenses for the period of July 21, 2020 through October 21, 2020; and it appearing that good and sufficient notice of the Application has been given; and a hearing on the Application having been held before this Court on December 3, 2020; and no opposition having been filed; and after due deliberation, it is hereby

ORDERED, that the Application is granted to the extent provided herein; and it is further

ORDERED, that Pierce McCoy, is awarded final compensation in the amount of $25,000.00 with reimbursement of expenses in the amount of $1,147.78; and it is further

1

ORDERED, that Pierce McCoy is authorized to apply any and all money held in retainer toward the amount of compensation and reimbursement of expenses allowed herein, to the extent that such fees and expenses have not already been paid.



**Dated: December 4, 2020**                        **Louis A. Scarcella**
   **Central Islip, New York**                **United States Bankruptcy Judge**